```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
 UNITED STATES OF AMERICA        :      INFORMATION
                                 :
           - v. -                :      20 Cr. 465
                                 :
 MICHAEL STERN,                  :
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - x
```

**COUNT ONE**

The United States Attorney charges:

1.   From in or about 2007 through at least in or about November 2015, in the Southern District of New York and elsewhere, MICHAEL STERN, the defendant, willfully and knowingly did attempt to evade and defeat a substantial part of the income tax due and owing by STERN to the United States of America for calendar year 2007 by various means, including, among others: (a) by failing to make an individual income tax return, Form 1040, for the said calendar year on or about the date required by law to any proper official of the IRS, stating specifically the items of gross income and any deductions and credits to which he was entitled; (b) by failing to pay income tax due and owing by STERN to the United States of America for calendar year 2007 after receiving notice of a Substitute for Return prepared by the IRS, which assessed the amount of such tax;(c) by leasing properties in the name of someone other than himself, and then

routing substantial amounts of income derived from subletting those properties through accounts held in the name of that other person, which STERN controlled and used for personal expenses other than the payment of his tax liability for calendar year 2007; and (d) by attempting to prevent at least one of his tenants from complying with a levy issued by the IRS to the tenant for payments due by the tenant to STERN.

(Title 26, United States Code, Section 7201.)

_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL STERN,**

                                **Defendant.**

---

<u>**INFORMATION**</u>

20 Cr.

(26 U.S.C. § 7201.)

AUDREY STRAUSS
Acting United States Attorney

---