**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/20

September 16, 2020

**VIA ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED. 9/17/20

*[signature]*

Alison J. Nathan, U.S.D.J.

In light of the Defendant's request and his knowing and voluntary waiver of his rights under Rule 32, the sentencing in this matter is hereby re-scheduled to November 30, 2020 at 2 p.m.

SO ORDERED.

Re:  United States v. Michael Stern, 20-Cr-465(AJN)

Dear Judge Nathan:

I am writing to request an expedited sentencing on Mr. Michael Stern's behalf. At Mr. Stern's September 4, 2020 plea proceeding, Your Honor indicated that it would consider a defense application for an expedited sentencing in this case. Currently, Mr. Stern's sentencing is scheduled for January 12, 2021 at 12:30PM. However, given the fact Mr. Stern has knowingly been the subject of this investigation since 2017, he requests an expedited sentence as he is interested in a speedy resolution of this matter in light of the three-year long investigation. After speaking with Mr. Stern, he understands that under Rule 32 of the Federal Rules of Criminal Procedure, he is entitled to receive probation's pre-sentence report 35 days before sentencing and has a 14-day window upon receiving the report to submit any written objections. Mr. Stern knowingly and voluntarily waives these rights under Rule 32. I have communicated with AUSA Timothy Capozzi and the government does not object to this request. Thank you for your consideration of this application.

Sincerely,

*Marisa K. Cabrera*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612

Cc:  AUSA Timothy Capozzi (via ECF)