```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Michael Stern,

           Defendant.

20-cr-465 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Sentencing in this matter is currently scheduled for November 30, 2020 at 2:00 P.M. Dkt. No. 7. The Defendant has indicated that he consents to proceeding remotely. Dkt. No. 15. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the waiver form attached to Dkt. No. 13. If Mr. Stern, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than **24 hours before the proceeding**. The Court will separately provide the parties with instructions for accessing this platform. At 2 p.m. on November 30, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 455734525.

      SO ORDERED.

Dated: November 25, 2020
       New York, New York

*[signature]*

_____
ALISON J. NATHAN
United States District Judge