```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

            -against-

                                                    20 -Cr-465 (AJN)

  Michael Stern
                                    Defendant(s).
-----------------------------------------------------------------X

Defendant ___Michael Stern_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_X_    Sentencing Proceeding


*Michael Stern*　　　　　　　　　　　　　　*Marisa K. Cabrera*
_____　　　_____
Defendant's Signature　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Michael Stern_____　　　_Marisa K. Cabrera_____
Print Defendant's Name　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

                                                                 *Alison J. Nathan*
_November 30, 2020_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge