# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 14, 2024

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
New York, NY 10007

**Re: United States v. Michael Stern, 20 Cr. 465 (AJN)**

Dear Judge Nathan:

     I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Michael Stern's passport to Mr. Stern or to a representative from my office. Mr. Stern's passport was surrendered to Pretrial Services during the pendency of his criminal case. On December 10, 2020, Mr. Stern received a sentence of time served with three years of supervised release (six months of which was to be spent in home confinement). Pretrial Services will only release Mr. Stern's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/ *Marisa K. Cabrera*
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

Cc: AUSA Timothy Capozzi

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 26.

SO ORDERED.                                              2/14/2024

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge